UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01123-SHK | Date | October 7, 2022 |
| Title | *Mayra Quintana v. County of San Bernardino, et al.* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| R. Maurice for D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On July 5, 2022, Plaintiff Mayra Quintana ("Plaintiff") filed a Complaint ("Complaint" or "Compl.") against Defendants County of San Bernardino and Does 1 through 10 ("Defendants"). Electronic Case Filing Number ("ECF No.") 1, Compl. On July 6, 2022, a Summons was issued, and this case was assigned to the above-mentioned United States Magistrate Judge "under the Direct Assignment of Civil Cases to Magistrate Judge Program in accordance with General Order 12-02." See ECF No. 6, Magistrate Judge Direct Assignment Program ("MJDAP") Order at 1; ECF No. 7, Summons.

Pursuant to the MJDAP Order, the "parties [we]re advised that their consent is required if the above assigned magistrate judge is to conduct all further proceedings in the case." ECF No. 6, MJDAP Order at 1. The parties were further advised that "the statement of consent shall be filed within 42 days after service of the summons and complaint upon that defendant, and within 42 days by plaintiff after service upon the first served defendant." Id. (emphasis removed). On September 27, 2022, Defendants filed a Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days ("EOT Motion" or "EOT Mot."), wherein Defendants noted, in relevant part, that the Complaint was served on September 9, 2022. ECF No. 8, EOT Mot. at 1. As of the date of this Order, however, Plaintiff has not filed a proof of service.

Local Rule of Civil Procedure for the United States District Court for the Central District of California ("Local Rule" or "L.R.") 73-2.2 states that "[i]n any case in which only a magistrate judge is initially assigned, plaintiff must file a proof of service within 10 days of service of the summons and complaint." L.R. 73-2.2.

   Here, Defendants have indicated that they were served on September 9, 2022.  See ECF No. 8, EOT Mot. at 1.  Plaintiff, however, has failed to file a proof of service with the Court as is required by Local Rule 73-2.2.  See L.R. 73-2.2 (requiring a proof of service within 10 days of service of the Summons and Complaint).  Consequently, Plaintiff appears to be in violation of the Local Rules of this Court.  Further, Plaintiff's failure to file a proof of service hinders the Court's ability to determine when the statement of consent is due and to set other important case management deadlines that are triggered by the service date of the Complaint and Summons on Defendants, as demonstrated by Plaintiff's proof of service.

   Consequently, Plaintiff is ORDERED TO SHOW CAUSE by **October 14, 2022**, why this case should not be dismissed for failure to prosecute and follow the Local Rules.  Plaintiff can comply with this order by filing a proof of service as required by Local Rule 73-2.2 by the date listed above.  Plaintiff is warned that failure to timely respond to this order in the manner stated above **may result in the dismissal of this action** for failure to prosecute and follow Court orders.

   **IT IS SO ORDERED.**