JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MAYRA QUINTANA,

          Plaintiff,

   vs.

COUNTY OF SAN BERNARDINO,
and DOES 1 through 10, inclusive,

          Defendants.

Case No. 5:22-cv-01123-JGB-SP

*Honorable Jesus G. Bernal*

**JUDGMENT**

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Summary Judgment (Dkt. No. 32), and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant County of San Bernardino's Motion for Summary Judgment is **GRANTED**. Judgment is entered in favor of the County of San Bernardino and against Mayra Quintana.

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

3. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: July 16, 2024



_____
Honorable Jesus G. Bernal
United States District Judge